UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Casazza,

Plaintiff,

v.

Joseph C. Kiser,

Defendant.

Civil File No. 01-1082 (PAM/JGL)

**ORDER**

---

The above-captioned matter came on for hearing before the Court on Plaintiff's Motion for a Temporary Restraining Order. Appearing for Plaintiff was Alan M. Anderson, Larkin, Hoffman, Daly & Lindgren, Ltd., 1500 Wells Fargo Plaza, 7900 Xerxes Avenue South, Bloomington, Minnesota 55431. There was no appearance for the Defendant.

Having heard the arguments of the parties and having considered the submitted memoranda of law, and based on all files and records herein, IT IS HEREBY ORDERED:

Plaintiff's Motion for a Temporary Restraining Order is GRANTED, pending a hearing on June 28, 2001, at 11:00 a.m.

Defendant is prohibited from selling the 1987 Irwin, 52-foot sailboat known as the "Andante."

Dated: June 21, 2001

Paul A. Magnuson
United States District Court Judge

FILED JUN 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________