# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

James Casazza,

Plaintiff,

vs.

**TRO MOTION HEARING NOTICE**

Joseph C. Kiser,

**CV. 01-1082 PAM/JGL**

Defendant.

TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom #2 (7th Floor)
Federal Building
316 North Robert St.
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Thursday, June 28, 2001 @ 11:00 A.M. for a hearing on plaintiff's motion for a temporary restraining order.**

Dated: June 21, 2001

FRANCIS E. DOSAL, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Alan Anderson
Joseph C. Kiser

Filed JUN 21 2001

Deputy Clerk ______________