UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Casazza,

Civ. File No. 01-1082 (PAM/JGL)

Plaintiff,

v.

**ORDER**

Joseph C. Kiser,

Defendant.

---

This matter is before the Court on Plaintiff's Motion for a Temporary Restraining Order. The Court entered an ex parte Temporary Restraining Order ("TRO") on June 21, 2001, prohibiting Defendant from selling the sailboat "Andante."

Based on the arguments of the parties, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for a Temporary Restraining Order (Clerk Doc. No. 2) is **GRANTED** pending a hearing on Thursday, July 5, 2001, at 10:00 am, in Courtroom 2, United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota;

2. Defendant, his officers, directors, agents, attorneys, and all persons in active concert with him who receive actual notice of this Order are prohibited from selling or otherwise transferring the 1987 Irwin, 52-foot sailboat known as the "Andante," from doing any acts in furtherance or assistance of any sale or

FILED JUN 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

transfer of the "Andante," or from assisting any person or entities in connection with any efforts to sell or transfer the "Andante." This Order specifically prohibits the United States Coast Guard and the National Vessel Documentation Center from transferring ownership or title to the "Andante" from Defendant to any other person or entity. Defendant shall place any sale proceeds, money, or other property received to date in connection with any alleged sale or transfer of the "Andante" into an interest-bearing escrow account pending further Order of this Court;

3. Defendant shall immediately provide any and all documentation relating to any alleged sale or transfer of the "Andante" to counsel for Plaintiff; to immediately provide the name and address of any alleged buyer or transferee of the "Andante" to counsel for Plaintiff; and to immediately provide the current location of the "Andante" to counsel for Plaintiff;

4. Pursuant to Local Rule 26.1(d)(1), the parties may engage in expedited discovery in this matter including, but not limited to, depositions of Plaintiff and Defendant; and

5. Within 5 days from the date of this Order, Plaintiff shall post a bond in the amount of $75,000 to secure this Restraining Order. In lieu of a bond, Plaintiff may post cash or its equivalent with the Clerk of Court.

Dated: June 28, 2001

Paul A. Magnuson
United States District Court Judge