UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Casazza, Plaintiff,

v.

Joseph C. Kiser, Defendant.

File No. 01-1082 PAM/JGL

**STIPULATION AND ORDER**

**STIPULATION**

The parties, by their respective undersigned counsel of record, hereby stipulate that the Order issued by this Court on June 28, 2001, may be vacated. The parties further stipulate to the execution and entry of the following Order.

Dated: July 2, 2001.

Alan M. Anderson (149500)
Sharna A. Wahlgren (241581)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiff James Casazza

Dated: July 2, 2001.

Mark J. Briol (126731)
Scott Benson (198419)
William Carpenter (274598)
BRIOL & ASSOCIATES
3905 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 337-8410

Attorneys for Defendant Joseph C. Kiser

FILED JUL 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation of the parties, the court's Order filed on June 28, 2001, is hereby vacated in its entirety. The hearing previously scheduled for July 5, 2001, is hereby cancelled.

Dated: July 3, 2001

Paul A. Magnuson
Chief United States District Court Judge

::ODMA\PCDOCS\LIB1\687006\1