UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Casazza,

Civ. File No. 01-1082 (PAM/JGL)

Plaintiff,

v.

**ORDER**

Joseph C. Kiser,

Defendant.

---

Plaintiff James Casazza seeks permission of the Court pursuant to Local Rule 7(g) to file a motion for reconsideration of this Court's Order of January 15, 2002 (Clerk Doc. No. 40), granting Defendant's Motion to Dismiss. The Rule provides that permission to file a motion to reconsider will be granted "only upon a showing of compelling circumstances." D. Minn. L.R.7(g).

Plaintiff contends that the Court erred in dismissing his promissory estoppel claim. He once again relies on Ott v. Target, 153 F. Supp. 2d 1055 (D. Minn. 2001) (Magnuson, J.), for the proposition that a promissory estoppel claim is not always subject to the statute of frauds. However, as noted in the Court's previous Order, in this case, unlike in Ott, Plaintiff's promissory estoppel claim is the same as his contract claim. He claims that Defendant promised to sell him a boat, and that Defendant's failure to do so constitutes a breach of contract, or that Defendant's promise should be enforced under the doctrine of promissory estoppel. This sort of promissory estoppel claim is foreclosed by the statute of

FILED FEB 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

frauds.

Plaintiff also now contends that his promissory estoppel claim encompasses Defendant's alleged promise to reduce the parties' agreement to writing. Even a liberal reading of the Complaint, however, does not support the inclusion of such a claim. Plaintiff has failed to show that compelling circumstances justify a reconsideration of the prior Order.

Accordingly, based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's request for permission to file a Motion for Reconsideration is **DENIED**.

Dated: February 6, 2002

Paul A. Magnuson
United States District Court Judge